No. 154. J. O'NEAL SANDEL, ADMINISTRATOR, ETC. *v.* STATE OF SOUTH CAROLINA. Error to the Supreme Court of the State of South Carolina. Motion to affirm sub-

mitted October 1, 1923. Decided October 8, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Louisiana Navigation Co.* v. *Oyster Commission,* 226 U. S. 99, 101; *Schlosser* v. *Hemphill,* 198 U. S. 173, 175; *Missouri & Kansas Interurban Ry. Co.* v. *Olathe,* 222 U. S. 185, 186. *Mr. Samuel M. Wolfe,* for defendant in error, in support of the motion. *Mr. William N. Graydon,* for plaintiff in error, in opposition to the motion.